IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Criminal No. 2:07M2021-001, 002, 003

ALYS MARIE DIMMITT,
SHARON JEANNETTE HENNINGSEN,
TIMOTHY SHAWN DONAVAN                                       DEFENDANTS


## O R D E R

At the hearing held this date, the Court considered pending Motions to Withdraw [document nos. 34, 45, and 59] as well as pending Petitions regarding violations of supervised release conditions [document nos. 36, 37, and 38].  The Court, after hearing testimony and after being well and sufficiently advised, grants the Motions to Withdraw.  Further, the Court finds that Defendants have violated the terms of supervised release and revokes bond.  The Court directs that Defendants be remanded to custody of the U. S. Marshal's Service.

SO ORDERED this 18th day of December 2007.


**/s/ J. Marschewski**
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE